**In the United States District Court
For the Southern District of Illinois**

| | |
|---|---|
| Sarah Rowe as Mother and Next Friend of KW, a minor, | |
| Plaintiff, | |
| v | Case No. 18-cv-1397 |
| Massac Unit School District #1 and Felicia Watson, | |
| Defendants. | |

## Original Complaint and Jury Demand

1.   The plaintiff, Sarah Rowe as Mother and Next Friend of KW, a minor, are both citizens of the State of Kentucky; the defendant, Felicia Watson, is a citizen of the State of Indiana; the defendant Massac Unit School District #1 (MUSD) is a body corporate and politic and a citizen of the State of Illinois. The amount in controversy as to each defendant exceeds $75,000, exclusive of interest and costs and this Court has subject matter jurisdiction under 28 U.S.C. 1332.

2.   The Orthopedic Institute of Western Kentucky (OIWK) contracted with the defendant, MUSD, to provide a professional trainer to provide appropriate training services to MUSD student athletes.

3.   OIWK provided the defendant, Felicia Watson, to MUSD to provide appropriate training services to the student athletes as alleged above.

4.   On January 2018, Felicia Watson, an adult, sexually assaulted the plaintiff, KW, a minor and a MUSD student athlete, who she met only by reason of her employment by the defendant, MUSD.

## Count 1

5.     The plaintiff, KW, has suffered and will continue to suffer extreme emotional distress as a result of being the victim of sexual predation at the hands of the defendant, Felicia Watson.

## Count 2

6.     Before Felicia Watson was authorized to provide professional training services to minor students, the defendant MUSD was guilty of willful and wanton misconduct by failing to do due diligence in investigating the background of Felicia Watson and to properly monitor her conduct when it should have known that she was a sexual predator.

**Relief Requested:**

Plaintiff seeks a judgment against both defendants in the amount of $2 million along with his costs of suit.

DATED: July 16, 2018

                                        MURPHY & MURPHY LLC

                                        By s/G. Patrick Murphy

**MURPHY & MURPHY LLC**
*Attorneys for Plaintiff*
3415 Office Park Drive, Suite D
Marion, IL  62959
Ph:  618.248.3236
*gpatrick@murphymurphyllc.com*